

January 14, 2022

Hon. Judge William F. Kuntz, II
United Stated District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   VOLMAN V. 381 7TH AVENUE WINE BAR LLC et al.
      **DOCKET NO. 1:21-cv-04697-WFK-SJB**

Dear Judge Kuntz:

The undersigned writes to inform the Court that this case has been settled in principle. Although the defendants have not formally appeared, the parties are currently in the process of finalizing settlement terms and conditions, and they anticipate filing a Stipulation of Dismissal with Prejudice within thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all current deadlines sine die, and grant thirty (30) days for the settlement to be finalized.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy