**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
─────────────────────────────────x

| | |
|---|---|
| JOSEF VOLMAN, | Civil Action No. |
| Plaintiff, | 1:21-cv-04697-WFK-SJB |
| -against- | |
| 381 7TH AVENUE WINE BAR LLC d/b/a BROOKVIN and ROBERTO Q LABRADOR JR, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | |

─────────────────────────────────x

Plaintiff, JOSEF VOLMAN, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against all named Defendants.

Dated: February 14, 2022

By: _____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217
(347) 941-4715
Glevy@glpcfirm.com

cc: Via CM/ECF