UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

JOSEF VOLMAN,                                               Civil Action No.

        Plaintiff,                                  1:21-cv-04697-WFK-SJB

-against-

381 7TH AVENUE WINE BAR LLC                                 NOTICE OF VOLUNTARY
d/b/a BROOKVIN and ROBERTO Q                                DISMISSAL WITH PREJUDICE
LABRADOR JR,

        Defendants.
_____x

    Plaintiff, JOSEF VOLMAN, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against all named Defendants.

    Dated: February 14, 2022

By: _____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
41 Flatbush Avenue, 1st Floor
Brooklyn, NY 11217
(347) 941-4715
Glevy@glpcfirm.com

cc: Via CM/ECF

                        SO ORDERED.

                        s/ WFK
Dated: February 14, 2022   _____
       Brooklyn, New York   HON. WILLIAM F. KUNTZ, II
                        UNITED STATES DISTRICT JUDGE